+1 (202) 374-5023

iMessage
Fri, Aug 4 at 12:42 PM

> Carlos thanks for the quick response. I am available on my cell phone this afternoon until 5pm ET. <u>605913999</u> . Look forward to your call.

Fri, Aug 4 at 1:48 PM

Can I call you now?

Tue, Aug 8 at 9:34 AM

> Carlos can you confirm the status of the first tranche.

Hi William,

Sorry I was in travel to WDC from Europe and I was not able to return to you yesterday.

Yes, I just did the verification call today, after our call of Friday where we verify the coordinates.

When the funds ar debit I will send you the confirmation slip.

Thu, Aug 10 at 2:19 PM

> Carlos I sent an email this AM re a wire update. Did you confirm the

**001**

+1 (202) 374-5023

> Carlos I sent an email this AM re a wire update. Did you confirm the debit to your account?

Just call to the bank to check the status. All is done from our side. They told the wir department shall release any moment. I will receive a notification as soon as that happen and I will froward to you. I ask them to try to guarantee that happen before the cut off.

Fri, Aug 11 at 11:15 AM

> Carlos sent email this morning looking for confirmation. As of 11:00 Am ET JPM has not received the wire that was sent yesterday. Are you able to reach out for the confirmation and advise as to which bank is initiating the wire? Thank you for your help.

Flagstar/ Signature Bank is the sender of wire. It is not debit yet. I hope appear during today.
I just called our banker to check with wire department the status. I will send you the fed wire number and receipt as soon as I have it.
It is irrelevant JP check unitl I give you because before is released will not clear to you! I will forward asap as received.

002

12:39

 39  

+1 (202) 374-5023

Wed, Aug 16 at 3:52 PM

> William
> I received your email and I will return to you maximum tomorrow.
> If you have time after proper email answer we can even talk.
> If you wish Friday we can even meet in London
> But I will come back to you until tomorrow
> I am a little in a rush because of credit Suisse situation but tomorrow I will answer you



**UBS faces legal challenge over Credit Suisse takeover, investors to lodge claim**
livemint.com

Thu, Aug 17 at 11:47 AM

> Carlos I received your email. I do want to work with you and discuss how to help each other in this situation. Send me a text when you

  iMessage 

       

**003**

  

**+1 (202) 374-5023**

> Carlos I received your email. I do want to work with you and discuss how to help each other in this situation. Send me a text when you can call. It is 5:46 pm in Amsterdam.

Text Message
Thu, Aug 17 at 4:18 PM

Sorry for the hour. I was until now in meeting.
Is it to late?

If it is to late we can speak tomorrow first hour if you prefer
Give me a call or message me any hour from now until morning

We will make it happen
Again sorry for the long meeting again
Now I have from now 22:30 Geneva time until morning I will be at my computer and calls
Any hour call me

iMessage

> Carlos call me now if you can
> 6035913999

Text Message

Sorry William in a call

  
       

004

**+1 (202) 374-5023**

> Carlos call me now if you can
> 6035913999

*Text Message*

> Sorry William in a call
> Give me 30 min can be?

*iMessage*

> I will await your call in 30 min.

*Text Message*

> Can I call you now?

*iMessage*
*Mon, Aug 28 at 12:21 PM*

> Carlos, I sent an email on Friday trying to get an update on your situation and when you would be coming to the US. Please text me with a quick update. Thank you

> Hi William
> I am signing the settlement with ubs today and tomorrow we have the notarization of them
> I will try to catch tomorrow flight
> I will try to call you later today ok?

> Good to hear it's worked out. Call me when you can.

**005**

**+1 (202) 374-5023**

> Good to hear it's worked out. Call me when you can.

*Thu, Aug 31 at 9:18 AM*

> Carlos based on your email to JPM you are on your way back to the US. Will you be back soon enough to initiate the wire today? Please advise.

*Fri, Sep 1 at 11:20 AM*

I will come back you William
In a meeting

*Tue, Sep 5 at 10:03 AM*

> Carlos are you available for a call today? Can you provide a time if you are still traveling?

*Thu, Sep 7 at 9:07 AM*

> Carlos I have followed up your last email asking if you are on schedule for Friday re the first tranche.

*Fri, Sep 8 at 9:31 AM*

Hi William
Sorry I am passing security at the airport
I count today have your file upload at

**006**

+1 (202) 374-5023

> Hi William
> Sorry I am passing security at the airport
> I count today have your file upload at the bank ! With that wire can be done no more verification 🙏

Carlos will the wire to be released today?

> If the template is upload today, I go online do the wire there and it is done ! I will need to check when I enter at the plane if appear at the system

Carlos, are you traveling in the US today? If so please keep me updated today. If you are traveling have a safe flight.

> Yes! Going to USA 🇺🇸
> Finally
> I will update you of course

Sat, Sep 9 at 10:06 AM

Carlos I will assume you are in the US. Will this first tranche be completed on Monday?

Mon, Sep 11 at 10:13 AM

**007**



+1 (202) 374-5023

> Carlos I will assume you are in the US. Will this first tranche be completed on Monday?

Mon, Sep 11 at 10:13 AM

> Carlos I sent an email to you this am agreeing to what you proposed. JPM will be initiating the reduction of 3 million by sending you an email with letter instructions. Call me on my cell it was in use earlier.

Tue, Sep 12 at 7:11 AM

> Carlos did you initial the wire for the first tranche yesterday? Please advise.

Tue, Sep 12 at 11:25 AM

Yes and I will answer you about the SBLC in some hours

> JPM has noted me that the wire has not arrived. They asked if you have a confirmation fed wire number you can send directly to Dave at JPM.

Tue, Sep 12 at 3:15 PM

> Carlos I tried to call to get more info on the wire going to JPM. Can you fit in a call this afternoon.