UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECTOR RESOURCES LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ETHOS ASSET MANAGEMENT, LLC, and EAST WEST BANCORP, INC. a/k/a EAST WEST BANK<br><br>　　　　　　Defendants. | Index No.: |

## AFFIDAVIT OF JANENE MARASCIULLO

　　Pursuant to 28 U.S.C. § 1746, JANENE MARASCIULLO, being duly sworn deposes and says:

　　1.　I am over eighteen years of age and I am admitted to the practice of law in New York, Washington, D.C., and this Court. I have personal knowledge of the facts set forth below.

　　2.　I am counsel to Petitioner, Sector Resources Ltd. ("Sector").

　　3.　On November 3, 2023, Carlos Santos, Ethos' Chief Executive Officer, sent an email stating that Ethos would not return Sector's collateral without a settlement agreement. A true and correct copy of that email is attached hereto as Exhibit 1.

　　In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2023.　　　_____

　　　　　　　　　　　　　　　　　　　Janene Marasciullo

4877-7609-4349, v. 1