UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECTOR RESOURCES LTD,

                         Petitioner,

              -*against*-

ETHOS ASSET MANAGEMENT, INC. *and*
EAST WEST BANCORP INC. a/k/a EAST WEST
BANK,

                         Respondents.

**ORDER**

23 Civ. 09728 (ER)

RAMOS, D.J.:

       On November 3, 2023, Sector Resources Ltd filed an emergency motion for a temporary restraining order (TRO) in aid of arbitration. Doc. 4. Sector asks the Court to enjoin Respondents from "impairing, using, withdrawing, or otherwise dissipating *Sector's collateral*." Doc. 5 at 1. Sector contends that provisional relief is necessary to ensure that any arbitration award in its favor is not rendered ineffectual.

       Sector is hereby ORDERED to appear on November 6, 2023, at 10:00 a.m., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 in Courtroom 619, so that it may show cause why the TRO should be issued.

       It is SO ORDERED.

Dated:   November 3, 2023
              New York, New York

                                                                              Edgardo Ramos, U.S.D.J.