UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECTOR RESOURCES LTD,<br><br>                          Petitioner,<br><br>                -*against*-<br><br>ETHOS ASSET MANAGEMENT, INC. *and*<br>EAST WEST BANCORP INC. a/k/a EAST WEST<br>BANK,<br><br>                          Respondents. | **ORDER**<br><br>23 Civ. 09728 (ER) |

RAMOS, D.J.:

       On November 3, 2023, Sector Resources Ltd filed an emergency motion for a temporary restraining order (TRO) and preliminary injunction in aid of arbitration. Doc. 4. Counsel for Sector and counsel for Ethos Asset Management, Inc., appeared before the Court on November 6, 2023. For the reasons set forth on the record, Sector's request for a TRO is DENIED.

       Ethos shall respond to Sector's request for a preliminary injunction by close of business on November 8, 2023. Sector shall reply by close of business on November 9, 2023. The Court will hold a hearing on the preliminary injunction request on November 13, 2023, at 2:00 p.m., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 in Courtroom 619.

       It is SO ORDERED.

Dated:    November 6, 2023
              New York, New York

                                                                             Edgardo Ramos, U.S.D.J.