

Skarzynski Marick & Black LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
P 212.820.7700 | F 212.820.7740
skarzynski.com

**Janene Marasciullo**
212.820.7700
jmarasciullo@skarzynski.com

November 7, 2023

Via ECF

Hon. Edgardo Ramos
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Sector Resources Ltd. v. Ethos Asset Mgmt., Inc.*
              No. 23-CV-09728 (ER) (OTW)

Dear Judge Ramos:

    This firm represents Petitioner, Sector Resources Ltd., ("Sector"), in the above-captioned matter. I am writing pursuant to Rule 3(i) of Your Individual Rules of Practice and Rule 21.7 of the Southern District of New York's ECF Rules & Instructions, to respectfully request that the Court seal ECF Dkt. 4-6, which was Exhibit 3, part three, to the Declaration of William Dell'Orfano, and allow Sector to make a corrected, unsealed filing. We have discussed this request with counsel for Ethos Asset Management, Inc., Robin Nunn, but she did not take a position on this request.

    There is good cause for Sector's request. On November 6, 2023, we contacted the Clerk's office by telephone to request that it seal ECF Dkt. 4-6 because we discovered that it contained information that should have been redacted pursuant to Rule 5.2(a). Therefore, we respectfully request that the Court seal Dkt. 4-6 and allow Sector to submit a properly redacted version of Dkt. 4.6.

    Thank you for your continued attention to this matter.

Respectfully submitted,

*/s/ Janene Marasciullo*
Janene Marasciullo

cc:    counsel of record via ECF
4893-9412-0078, v. 1