# EXHIBIT K

# ETHOS ASSET MANAGEMENT INC.
## Financial Reports
**Period: January 1 - September 30, 2023**

# ETHOS ASSET MANAGEMENT INC.
## Balance Sheet
### As of September 30, 2023

|  |  | Total |
|---|---|---:|
| **ASSETS** | | |
|   **Current Assets** | | |
|     **Bank Accounts** | | |
|       1005 | $ | 318.00 |
|       1006 | $ | 1,872.00 |
|       1007 | $ | 4,195,222.29 |
|       1008 | $ | 1,373.84 |
|       1010 | $ | 1,699,455.01 |
|       1011 | $ | 103,001,354.10 |
|       1012 | | |
|         101201 | $ | - |
|         101202 | $ | - |
|         101203 | $ | - |
|       **Total 1012** | $ | - |
|       1014 | $ | 25,194,355.99 |
|       1015 | $ | 562,007,906.18 |
|       1019 | $ | 4,812.94 |
|       1020 | $ | - |
|       1021 | $ | 811,401.50 |
|       1022 | $ | - |
|       1023 | $ | 687,264.01 |
|       1025 | $ | - |
|       1028 | $ | - |
|       1029 | $ | 1,711,478.54 |
|       1031 | $ | - |
|       1100 | $ | 52,627.55 |
|       1101 | $ | 4,890.00 |
|     **Total Bank Accounts** | $ | **699,374,331.95** |
|     **Other Current Assets** | | |
|       12000 Undeposited Funds | $ | - |
|       1600 Investment in Subsidiary | | |
|         1600.01 Investment in Ethos Capital Brasil Ltda | $ | 34,569,782.12 |
|         1600.02 Ethos Commercial Consultancy (Turkey) Sirket | $ | 13,521,750.36 |
|       **Total 1600 Investment in Subsidiary**   *Schedule 1* | $ | **48,091,532.48** |
|     **Total Other Current Assets** | $ | **48,091,532.48** |
|   **Total Current Assets** | $ | **747,465,864.43** |
|   **Other Assets** | | |
|     1700 Long Term Receivable   *Schedule 3* | $ | 198,217,135.59 |
|     1715 Rent Security Deposits | $ | 29,343.75 |
|   **Total Other Assets** | $ | **198,246,479.34** |
| **TOTAL ASSETS** | $ | **945,712,343.77** |
| **LIABILITIES AND EQUITY** | | |
|   **Liabilities** | | |
|     **Current Liabilities** | | |

# ETHOS ASSET MANAGEMENT INC.
## Balance Sheet
### As of September 30, 2023

|  |  | Total |
|---|---|---:|
| **Credit Cards** |  |  |
|   2015 |  | $ 33,169.77 |
| **Total Credit Cards** |  | $ 33,169.77 |
| **Other Current Liabilities** |  |  |
|   2016 Due to Carlos Santos |  | $ 19,500.00 |
|   2017 Intercompany - Ethos Turkey | Schedule 2 | $ (532,508.21) |
|   2081 Current Liabilities | Schedule 4 | $ 178,914,511.67 |
| **Total Other Current Liabilities** |  | $ 178,401,503.46 |
| **Total Current Liabilities** |  | $ 178,434,673.23 |
| **Long-Term Liabilities** |  |  |
|   2120 Note Payable |  | $ - |
|   2126 Note Payable |  | $ - |
|   2130 Note Payable |  | $ 10,800,000.00 |
| **Total Long-Term Liabilities** |  | $ 10,800,000.00 |
| **Total Liabilities** |  | $ 189,234,673.23 |
| **Equity** |  |  |
|   3200 Additional Paid in Capital | Schedule 5 | $ 741,794,026.26 |
|   3201 Paid In Capital from Ethos Commercial Consultancy (Turkey) | Schedule 5 | $ 14,797,065.00 |
|   3500 Retained Earnings |  | $ 1,916,914.23 |
|   3600 Accumulated Other Comprehensive Income |  | $ (713,297.37) |
|   Net Income |  | $ (1,317,037.58) |
| **Total Equity** |  | $ 756,477,670.54 |
| **TOTAL LIABILITIES AND EQUITY** |  | $ 945,712,343.77 |

# ETHOS ASSET MANAGEMENT INC.
## Profit and Loss
### January - September, 2023

|  | Total |
|---|---:|
| **Income** | |
|   4050 Interest Income | 924,452.86 |
|   4055 Dividend income | 69,186.73 |
|   4100 Investment Income | 0.00 |
|     4100.01 Oanda 004 | 2,902,637.72 |
|     4100.02 Oanda 385 | 5,544,595.57 |
|   **Total 4100 Investment Income** | **$ 8,447,233.29** |
|   4150 Change in Portfolio | |
|     4150.01 Change in Portfolio | 341,378.10 |
|     4150.02 Change in Portfolio | -8,686.42 |
|     4150.03 Change in Portfolio | 4,951.40 |
|   **Total 4150 Change in Portfolio** | **$ 337,643.08** |
| **Total Income** | **$ 9,778,515.96** |
| **Gross Profit** | **$ 9,778,515.96** |
| **Expenses** | |
|   **1. GENERAL & ADMINISTRATIVE EXPENSES** | |
|     6101 Dues and Subscriptions | 8,791.84 |
|     6105 Meals and Entertainment | 152,710.23 |
|     6106 Client Gifts | 91,126.76 |
|     6110 Travel Expense | 28,233.34 |
|       6111 Airfare | 283,248.22 |
|       6112 Lodging | 430,993.35 |
|       6113 Transportation | 15,783.19 |
|       6114 Other Non-Deductible Travel Related Expenses | 19,707.81 |
|     **Total 6110 Travel Expense** | **$ 777,965.91** |
|   **Total 1. GENERAL & ADMINISTRATIVE EXPENSES** | **$ 1,030,594.74** |
|   **2. FACILITIES EXPENSES** | |
|     6200 Rent Expenses | 130,800.46 |
|     6201 Repairs and Maintenance | 28,186.09 |
|     6210 Computer and Internet Expenses | 9,703.45 |
|     6211 Telephone Expenses | 2,897.97 |
|     6212 Office Supplies | 32,706.01 |
|     6213 Postage and Delivery | 500.38 |
|   **Total 2. FACILITIES EXPENSES** | **$ 204,794.36** |
|   **3. MARKETING & ADVERTISING EXPENSES** | |
|     6310 Advertising and Promotion | 401,972.32 |
|     6315 Charitable Contributions | 1,500.00 |
|     6320 Donations | 0.00 |
|   **Total 3. MARKETING & ADVERTISING EXPENSES** | **$ 403,472.32** |
|   **4. PROFESSIONAL SERVICES** | |
|     6410 Professional Fees | 5,669,137.78 |
|     6420 Consulting Fees | 232,403.47 |
|     6430 Legal Fees | 313,014.04 |
|     6440 Accounting & Tax Services Fees | 138,076.07 |

# ETHOS ASSET MANAGEMENT INC.
## Profit and Loss
#### January - September, 2023

|  |  | Total |
|---|---|---:|
| **Total 4. PROFESSIONAL SERVICES** | $ | **6,352,631.36** |
| **5. OTHER OPERATING EXPENSES** | | |
|     6510 Bank Service Charges | | 15.82 |
|     6520 Interest Expenses | | 1,107,905.23 |
|     6530 Exchange Gain or Loss | | 1,570,933.94 |
|     6555 Miscellaneous Expenses | Schedule 6 | 11,711.77 |
| **Total 5. OTHER OPERATING EXPENSES** | $ | **2,690,566.76** |
| **Total Expenses** | $ | **10,682,059.54** |
| **Net Operating Income** | -$ | **903,543.58** |
| **Other Expenses** | | |
|   **6. CORPORATE TAX PAYMENTS** | | |
|     6600 Federal | | 290,334.00 |
|     6610 State & Local | | 123,160.00 |
|   **Total 6. CORPORATE TAX PAYMENTS** | $ | **413,494.00** |
| **Total Other Expenses** | $ | **413,494.00** |
| **Net Other Income** | -$ | **413,494.00** |
| **Net Income** | -$ | **1,317,037.58** |