# EXHIBIT M



*Full-service project financing*

## Investment Portfolio

- In **2021 Ethos invested US$ 815,517,000** in projects worldwide;
- Since our creation the countries with the most projects developed are Brazil, UK and USA;
- Since our creation the sectors with more projects developed are Housing, Manufacturing and Energy;



**Projects per country - Average - 2012 - 2023**



*Confidential. Do not duplicate or distribute without written permission from Ethos Asset Management.*



Projects per sector - Average - 2012 - 2023



Projects per sector – Unit - 2021

Confidential. Do not duplicate or distribute without written permission from Ethos Asset Management.

## $84,729,137,486 USD
## Global Project Pipeline

referes to total demands received and analyzed within last 9 years

**90** Projects Financed

**60** World-wide Associates

**96** Bank Relationships

**72** Country Presence

**In the last two year Ethos Group closed 35 financing agreements worldwide - which are under execution.**

Confidential. Do not duplicate or distribute without written permission from Ethos Asset Management.

## NORTH & CENTRAL AMERICA



**Client:** Tyrus LLC

**Country:** United States of America

**Description:** Is a Life Science, Research & Development, and Licensing Company that manufactures proprietary and patented chemistry.

**Sector:** Chemical

**Amount:** USD 50,000,000.00

**Press:** Tygrus x Ethos





**Client:** Havo INC

**Country:** United States of America

**Description:** Focused on high and luxury residential development projects and expanding its investment in multi-use resorts, as well as commercial real estate developments in the future.

**Sector:** Transporting and Storage

**Amount:** USD 50,000,000.00

**Press:** Havo x Ethos

## SOUTH AMERICA



**Client:** Vitamais Agropecuária Ltda.

**Country:** Brazil

**Description:** Vitamais is currently one of the largest agricultural companies in the northeast with relevant growth in the national and international market, due to the quality standard applied to the fruit produces, becoming the second largest exporter of melon and watermelon in Brazil, whose production is destined 80% for the export market, with the European market as the main destination.

**Sector:** Agribusiness

**Amount:** USD 25,000,000.00

**Press:** Vitamais x Ethos



**Client:** Pafil Construtora e Empreendimentos

**Country:** Brazil

**Description:** For the implementation of an expansion plan that increases the scope of action, leading to a greater number of customers with architecturally differentiated products and with the best civil engineering practices

**Sector:** Construction

**Amount:** USD 4,000,000.00

**Press:** PAFIL x Ethos



**Client:** Deinve Participações Ltda

**Country:** Brazil

**Description:** To build the Wood Pellets Factory to be headquartered in the city of São Francisco de Paula, Rio Grande do Sul, Brazil. The company has acquired an area of 46,400m² for the installation of the enterprise.

**Sector:** Construction

**Amount:** USD 4,000,000.00

**Press:** Deinve x Ethos

# EUROPE

**Client:** Gallant Building Services LTD
**Country:** Brazil
**Description:** Industrial project and development of office centre
**Sector:** Construction
**Amount:** USD 9,500,00.00
**Press:** Gallant x Ethos




**Client:** Cambridge Distillery
**Country:** United Kingdom
**Description:** A United Kingdom-based producer of Gin
**Sector:** Beverage
**Amount:** USD 4,000,00.00
**Press:** Cambridge Distillery x Ethos







*Confidential. Do not duplicate or distribute without written permission from Ethos Asset Management.*

# AFRICA



**Client:** Thai Moçambique Logística S.A. TML

**Country:** Mozambique

**Description:** Partnership Provides Long Term Financing to Thai Mozambique Logistica, as Ethos Asset Management Inc. completes significant deal after a year of negotiations with Thai Mozambique Logistica, Italian-Thai Development Public Company Limited (ITD), the major shareholder, Portos e Caminhos de Ferro de Moçambique (CFM), and Corredor de Desenvolvimento da Zambezia (CODIZA).

**Sector:** Transporting and Storage

**Amount:** USD 400,000,000.00

**Press:** TML x Ethos






*Confidential. Do not duplicate or distribute without written permission from Ethos Asset Management.*

## ASIA PACIFIC



**Client:** Uğur Tekstil
**Country:** Turkey
**Description:** Partnership provided long term financing to Uğur Tekstil to achieve their goal of expanding their production plant and modernizing their existing facilities.
**Sector:** Manufacturing
**Amount:** USD 12,000,00.00
**Press:** Uğur Tekstil x Ethos




**Client:** Servislet
**Country:** Turkey
**Description:** Servislet, which offers the technology needed by the automotive industry on a global scale, shows that it is on track with the investments and valuations it has received.
**Sector:** Wholesale and retail trade
**Amount:** USD 12,000,00.00
**Press:** Servislet x Ethos




**Client:** REM People
**Country:** Dubai
**Description:** REM People, a retail analytics company, intend to accelerate the scaling of its AI-based technology by investing these funds in R&D, international expansion, new products, as well as helping to establish a marketplace providing one-stop retail analytics services.
**Sector:** IT
**Amount:** USD 12,000,00.00



*Confidential. Do not duplicate or distribute without written permission from Ethos Asset Management.*

Recognizing the importance of civil society in building a fair economy, Ethos proposes to leverage project resources of non-profit entities and assist these entities to upgrade their financial structures so as to derive optimum service provision per dollar of commitment.
The operation starts as interest-free financing but converts into a grant if the non-profit entity fulfills its commitment to using proceeds of the financing on valid project expenditures.

**Client:** Ohio Health Information Partnership
**Country:** United States of America
**Description:** Ethos recognizes the importance of building a more humane and fair economy, and assisting in improving society as a whole, namely in health care and its access for all. Ethos Helps non-profit entities upgrade their financial structures providing OHIP.
**Sector:** Philanthropic - Health
**Amount:** USD 12,000,000.00
**Press:** Ohio Health x Ethos




**Client:** Terry Reilly Health Services (TRHS)
**Country:** United States of America
**Description:** The funds helped TRHS, a non-profit health care provider, build a new clinic that makes medical, dental and behavioural health more accessible to residents in the rural Idaho communities it serves.
**Sector:** Philanthropic - Health
**Amount:** USD 8,000,000.00
**Press:** Terry Reilly Health x Ethos




Confidential. Do not duplicate or distribute without written permission from Ethos Asset Management.



**Client:** Gligan Fitness LTD

**Country:** United Kingdom

**Description:** Company working to improve physical and mental wellbeing in the communities. In inner-city communities, physical and mental health issues are prolific and significantly impact the overall quality of life for the residents and their future prospects. The funds helped Gligan Fitness to expand their group fitness therapy and technology to help personalize the experience of those seeking help for both physical and mental disorders.

**Sector:** Philanthropic - Health

**Amount:** GBP 4,000,000.00

**Press:** Gligan Fitness x Ethos







For more news about Ethos's investments please consult
https://ethosasset.com/home/news/

Confidential. Do not duplicate or distribute without written permission from Ethos Asset Management.