

Skarzynski Marick & Black LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
P 212.820.7700 | F 212.820.7740
skarzynski.com

**Janene Marasciullo**
212.820.7700
jmarasciullo@skarzynski.com

November 14, 2023

Via ECF

Hon. Edgardo Ramos
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  Re: *Sector Resources Ltd. v. Ethos Asset Mgmt., Inc.*
     No. 23-CV-09728 (ER) (OTW)

Dear Judge Ramos:

  This firm represents Petitioner, Sector Resources Ltd., ("Sector"), in the above-captioned matter. I am writing in furtherance of yesterday's hearing on Sector's motion for injunctive relief in aid of arbitration and in accordance with the Court's directions at the end of the hearing.

  Attached please find a press release from the United States Attorney's Office for the Southern District of California announcing the arrest of Carlos Santos. Ex. A. The press release describes Santos as the "CEO of San Diego-based Ethos Asset Management, Inc." Ex. A. It also states that:

> Santos required prospective borrowers to provide an upfront fee in an amount equal to a certain percentage of the loan amount. However, upon receipt of the funds, Sants and Ethos did not disburse the loan as agreed upon by the parties. Santos used the upfront fee to repay other prospective borrowers, issue commissions to his co-conspirators and to pay for personal expenses.

*Id.* As of this morning, the case remains under seal. Thank you for your continued attention to this matter.

               Respectfully submitted,

               */s/ Janene Marasciullo*
               Janene Marasciullo

cc:  counsel of record via ECF

4893-9412-0078, v. 2