## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

SECTOR RESOURCES LTD.,

                Petitioner,

        v.

ETHOS ASSET MANAGEMENT, INC., and EAST
WEST BANCORP. INC. a/k/a EAST WEST
BANK,

                Respondents.

---

Case No. 23 Civ. 09728 (ER)

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The Court, having reviewed the Motion for Withdrawal, ORDERS as follows:

1.      Linklaters LLP's Motion to Withdraw as Counsel is GRANTED.

2.      Linklaters LLP and its attorneys, Robin Nunn and James R. Warnot, Jr., are permitted to withdraw as counsel of record for Respondent Ethos Asset Management, Inc. ("Respondent") and are relieved of any and all further duties and responsibilities for Respondent.

3.      Respondent shall have until December 8, 2023, to retain substitute counsel.

4.      Linklaters LLP is directed to provide a copy of this order to Respondent and to file proof that they have done so on the docket.

DATED:  November 17, 2023
          New York, New York

_____
HON. EDGARDO RAMOS, U.S.D.J.