# EXHIBIT A

Exhibit A000001

**Marasciullo, Janene M.**

| | |
|---|---|
| **From:** | Carlos Santos <carlos@ethosasset.com> |
| **Sent:** | Friday, February 10, 2023 6:57 PM |
| **To:** | Leandro Fernandes; Dube, Christopher; William Dell'Orfano; Brian W. Dell'Orfano; multplusbusinessbureau consultoriaeintermediacoes |
| **Cc:** | Elias Achilleos; Mayra Fonseca Couto |
| **Subject:** | Ethos KYC: Sector Resources Ltd |
| **Attachments:** | KYC_Ethos Asset Management_10.11.2022.pdf; CIS_Ethos Asset Management INC - 11.25.2022_Internal Control.pdf; Financials EAM 2020.pdf; Financials EAM 2021.pdf |

Dear Christopher,

I hope that you are well.

Like agreed with Leandro, please see attached:
1.   Ethos KYC
2.   Ethos CIS
3.   Ethos Financials

Elias will introduce you to two of our clients and you can organize with them your conversation.

Kind regards,
Carlos Santos
President and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023



4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

 Internal Use Only

################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

Exhibit A000002



**ETHOS ASSET MANAGEMENT INC.**

**Registration number:** ▉▉▉▉▉▉▉

**Annual Financial Statements**
for the year ended 28 February 2021

Exhibit A000003

**ETHOS ASSET MANAGEMENT INC**
Registration number: ▮▮▮▮▮▮▮
**Annual Financial Statements for the year ended 28 February 2021**

## INDEX

The reports and statements set out below comprise the annual financial statements presented to the directors:

| | |
|---|---|
| Index | 1 |
| General Information | 2 |
| Report of the Board | 3 |
| Director's Responsibilities and Approval | 4 |
| Statement of Financial Position | 5 |
| Statement of Comprehensive Income | 6 |
| Statement of Changes in Equity | 7 |
| Accounting Policies | 8 |
| Notes to the Annual Financial Statements | 9-10 |

Exhibit A000004

**ETHOS ASSET MANAGEMENT INC**
Registration number: ▮▮▮▮▮▮

**Annual Financial Statements for the year ended 28 February 2021**

## GENERAL INFORMATION

| | |
|---|---|
| **COUNTRY OF INCORPORATION AND DOMICILE** | United States of America |
| **TYPE OF COMPANY AND NATURE OF BUSINESS** | Private Company, Investment Company |
| **DIRECTORS** | Carlos Manuel da Silva Santos |
| **SHAREHOLDERS** | Carlos Manuel da Silva Santos |
| **REGISTERED OFFICE** | 4660 La Jolla Village Drive, San Diego, California, 92122 |
| | San Diego, California |
| | CA, 92122 |
| | USA |
| **BANKERS** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **INDEPENDENT AUDITORS'** | Hoffman & Associates |
| **SECRETARY** | Carlos Manuel da Silva Santos |
| **COMPANY REGISTRATION NUMBER** | ▮▮▮▮▮ |

Exhibit A000005

**REPORT OF THE BOARD**

**To the Directors of ETHOS ASSET MANAGEMENT INC**

We have compiled the accompanying management statements based on information you have provided. These financial statements comprise the statement of financial position as at 28 February 2021, the statement of comprehensive income, the statement of changes in trust funds and the statement of cash flows for the year then ended , a summary of significant accounting policies and other explanatory information.

We performed this compilation engagement in accordance with International Standard on Related Services 4410 (Revised), Compilation Engagements.

We have applied our expertise in accounting and financial reporting to assist you in the preparation and presentation of these financial statements in accordance with International Financial Reporting Standards. We have complied with relevant ethical requirements, including principles of integrity, objectivity, professional competence and due care.

These financial statements and the accuracy and completeness of the information used to compile them are your responsibility.

Since a compilation engagement is not an assurance engagement, we are not required to verify the accuracy or completeness of the information you provided to us to compile these financial statements. Accordingly, we do not express an audit opinion or a review conclusion on whether these financial statements are prepared in accordance with IFRS.

**20 July 2021**

Exhibit A000006

**ETHOS ASSET MANAGEMENT INC**
Registration number:
Annual Financial Statements for the year ended 28 February 2021

## DIRECTOR'S RESPONSIBILITIES AND APPROVAL

The director(s) is required to maintain adequate accounting records and is responsible for the content and integrity of the annual financial statements and related financial information included in this report. It is his responsibility to ensure that the annual financial statements satisfy the financial reporting standards as to form and content and present fairly the statement of financial position, results of operations of the trust, and explain the transactions and financial position of the business of the trust at the end of the financial year. The annual financial statements are based upon appropriate accounting policies consistently applied throughout the trust and supported by reasonable and prudent judgements and estimates.

The director acknowledges that they are ultimately responsible for the system of internal financial control established by the trust and place considerable importance on maintaining a strong control environment. To enable the director to meet these responsibilities, the directors sets standards for internal control aimed at reducing the risk of error or loss in a cost effective manner. The standards include the proper delegation of responsibilities within a clearly defined framework, effective accounting procedures and adequate segregation of duties to ensure an acceptable level of risk. These controls are monitored throughout the trust and all director are required to maintain the highest ethical standards in ensuring the trust's business is conducted in a manner that in all reasonable circumstances is above reproach.

The focus of risk management in the trust is on identifying, assessing, managing and monitoring all known forms of risk across the trust. While operating risk cannot be fully eliminated, the trust endeavours to minimise it by ensuring that appropriate infrastructure, controls, systems and ethical behaviour are applied and managed within predetermined procedures and constraints.

The director is of the opinion that the system of internal control provides reasonable assurance that the financial records may be relied on for the preparation of the annual financial statements. However, any system of internal financial control can provide only reasonable, and not absolute, assurance against material misstatement or loss. The going-concern basis has been adopted in preparing the financial statements. Based on forecasts and available cash resources the director has no reason to believe that the trust will not be a going concern in the foreseeable future. The financial statements support the viability of the trust.

In 2020, the global economy continued its recovery from the coronavirus (COVID-19) pandemic, as the lifting of health and safety restrictions in parts of the world amid vaccine distribution facilitated an increase in global economic activity. The broader economic improvement was also aided by accommodative monetary policy provided by global central banks in response to the pandemic (through low policy rates and large-scale asset purchases) and, in the U.S., the prospect of further fiscal stimulus in the form of infrastructure spending. The growth in economic activity and demand for goods and services, alongside labour shortages and supply chain complications, contributed to rising inflationary pressures. However, investors remained optimistic about the prospect for continued economic recovery, as global equity prices generally increased during the quarter, while volatility continued to moderate from elevated levels. In addition, long-term government bond yields generally declined. Despite broad improvements in the overall economy since the initial impact of the pandemic, there continues to be uncertainty related to the prospects for the economic recovery to continue, reflecting concerns about virus resurgence from the Delta variant and other virus mutations, vaccine distribution and hesitancy, inflation and geopolitical risks.

The financial statements have been audited by an independent auditing firm Hoffman & Associates, who have been given unrestricted access to all financial records and related data. The director believes that all representations made to the independent auditor during the audit were valid and appropriate. The external auditors' audit report is presented on page 3.

Carlos Manuel da Silva Santos

Exhibit A000007

**ETHOS ASSET MANAGEMENT INC**
Registration number ▮▮▮▮▮▮
Annual Financial Statements for the year ended 28 February 2021

## STATEMENT OF FINANCIAL POSITION

| Figures in $US | 2020 | 2019 |
|---|---|---|
| **Assets** | | |
| **Non-Current Assets** | | |
| Property, plant and equipment | 98 288 055 | 98 288 |
| Loan to shareholder | - | - |
| | **98 288 055** | **98 288** |
| | | |
| **Current Assets** | | |
| Cash and cash equivalents | 22 569 381 | 16 868 623 |
| Inventory | 8 558 623 | 8 558 623 |
| Loans | 20.519.999 | - |
| Trade and other receivables | 150 713 588 | 148 430 558 |
| | **202 361 591** | **173 857 804** |
| | | |
| **Total Assets** | **300 649 646** | **272 145 859** |
| | | |
| **Equity and Liabilities** | | |
| **Equity** | | |
| Issued capital | 1 000 | 1 000 |
| Retained earnings | 183 181 145 | 154 677 358 |
| | **183 182 145** | **154 678 358** |
| | | |
| **Non-Current Liabilities** | | |
| Secured Borrowings | 1 261 126 | 1 261 126 |
| Loan from shareholder | 14 591 358 | 14 591 358 |
| Unsecured Borrowings | 38 617 042 | 38 617 042 |
| | **54 469 526** | **54 469 526** |
| | | |
| **Current Liabilities** | | |
| Trade and other payables | 41 877 116 | 41 877 116 |
| Bank overdraft | - | - |
| Current taxation liability | 20 340 222 | 20 340 222 |
| Current portion of long term liabilities | 780 637 | 780 637 |
| | **62 997 975** | **62 997 975** |
| | | |
| **Total Equity and Liabilities** | **300 649 646** | **272 145 859** |

Exhibit A000008

**ETHOS ASSET MANAGEMENT INC**
**Registration number:** ██████████
**Annual Financial Statements for the year ended 28 February 2021**

## STATEMENT OF COMPREHENSIVE INCOME

| Figures in $US | 2020 | 2019 |
|---|---|---|
| | | |
| **Income** | 441 787 203 | 318 189 700 |
| Cost of sales | 223 321 223 | 184 181 056 |
| Gross profit | 218 465 980 | 134 008 644 |
| | | |
| Other income | 1 111 090 | 17 860 |
| Operating costs | 179 988 102 | 111 302 923 |
| **Operating profit/(loss)** | **39 588 968** | **22 723 581** |
| | | |
| Finance income | - | - |
| Finance costs | - | - |
| **Profit before taxation** | **39 588 968** | **22 723 581** |
| | | |
| Distribution | - | - |
| **Profit/(loss) after distribution** | 39 588 968 | 22 723 581 |
| | | |
| Taxation expense | 11 084 911 | 6 362 603 |
| **Net profit for the year** | **28 503 787** | **16 360 978** |
| | | |
| **Total comprehensive income** | **28 503 787** | **16 360 978** |

Exhibit A000009

**ETHOS ASSET MANAGEMENT INC**
**Registration number:** ████████
**Annual Financial Statements for the year ended 28 February 2021**

## STATEMENT OF CHANGES IN EQUITY

| Figures in $US | Share capital | Other capital | Retained earnings | Equity attributable | Total |
|---|---|---|---|---|---|
| **Balance at 1 March 2019** | 1 000 | - | 138 316 380 | - | 138 317 380 |
| Adjustment due to error (note x) | | | - | - | - |
| **Balance at 28 February 2019** | 1 000 | - | 154 678 358 | - | 154 678 358 |
| | | | | | |
| **Balance at 1 March 2019** | | - | 154 678 358 | - | 154 678 358 |
| Change in accounting policy | | | | - | - |
| Restated balance | | | | - | - |
| Profit for the year | | | 28 503 787 | - | 28 503 787 |
| Total other comprehensive income | | | - | - | - |
| **Balance at 28 February 2020** | - | - | 183 182 145 | - | 183 182 145 |

**Note**

Exhibit A000010

ETHOS ASSET MANAGEMENT INC
**Registration number:** ▓▓▓▓▓▓▓▓

**Annual Financial Statements for the year ended 28 February 2021**

## ACCOUNTING POLICIES

**1. General information**

ETHOS ASSET MANAGEMENT INC is a private company founded in USA. The type of business and
its principal. activities is that of Investment activity.

**2. Summary of significant accounting policies**

These financial statements have been prepared in accordance with the International Financial Reporting
Standards issued by the International Accounting Standards Board. The principle accounting policies applied in
the preparation of these financial statements are set out below. These policies have been consistently applied to
all the years presented, unless otherwise stated.

**2. Summary of significant accounting policies**
These financial statements have been prepared in accordance with the International Financial Reporting
Standards issued by the International Accounting Standards Board. The principal accounting policies applied in
the preparation of these financial statements are set out below. These policies have been consistently applied to
all the years presented, unless otherwise stated.

These financial statements have been prepared under the historical cost convention and are presented in USA.

**2.1 Revenue recognition**

Revenue comprises the fair value of the consideration received or receivable for the sale of goods and/or services
in the ordinary course of the company's activities. Revenue is shown net of value-added taxation, returns, and
discounts.

The company recognises revenue when: the amount of revenue can be reliably measured; it is probable that future
economic benefits will flow to the entity; and specific criteria have been met for each of the company's activities, as
described below:

**2.1.1 Receivables**

Where the outcome of a construction contract can be estimated reliably, contract revenue and costs are recognised by
reference to the stage of completion of the contract activity at the balance sheet date, as measured by (basis used)

When the outcome of a construction contract cannot be estimated realiably, contract revenue is recognised to the
extent that contract costs incurred are recoverable. Contract costs are recognised as an expense in the period in
which they are incurred.

When it is probable that total contract costs will exceed total contract revenue, the expected loss is recognised as an
expense immediately.

**2.2 Income taxes**

The taxation expense for the period comprises current and deferred taxation. Tax is recognised in profit or loss,
except that a change attributable to an item of income or expense recognised as other comprehensive income is
also recognised directly in other comprehensive income.

The current income taxation charge is calculated on the basis of tax rates and laws that have been enacted or
substantively enacted by the reporting date.

Deferred taxation is recognised on differences between the carrying amounts of assets and liabilities in the
financial statements and their corresponding taxation bases (known as temporary differences). Deferred taxation
liabilities are recognised for all temporary differences that are expected to increase taxable profit in the future.
Deferred taxation assets are recognised for all temporary differences that are expected to reduce taxable profit in
the future, and any unused taxation losses or unused taxation credits. Deferred taxation assets are measured at
the highest amount that, on the basis of current or estimated future taxable profit, is more likely than not to be
recovered.

The net carrying amount of deferred taxation assets is reviewed at each reporting date and is adjusted to reflect
the current assessment of future taxable profits. Any adjustments are recognised in profit or loss.

Deferred taxation is calculated at the taxation rates that are expected to apply to the taxable profit/(taxation loss)
of the periods in which it expects the deferred taxation asset to be realised or the deferred taxation liability to be
settled, on the basis of taxation rates that have been enacted or substantively enacted by the end of the reporting
period.

**2.3 Investment property**

Investment property is recognised as an asset when, and only when, it is probable that the future economic
benefits will flow to the enterprise, and the cost of the investment property can be reliably measured. Investment
property is property held to earn rentals or for capital appreciation or both, rather than for use in the production
or supply of goods or services, for administrative purposes, or for sale in the ordinary course of business.

Exhibit A000011

Investment property is initially recognised at cost. Transaction costs are included in the initial measurement.

Costs include costs incurred initially and costs incurred subsequently to add to, or to replace a part of, or service a property. If a replacement part is recognised in the carrying amount of the investment property, the carrying amount of the replaced part is derecognised.

After initial recognition, investment property whose fair value can be measured reliably without undue cost or effort shall be measured at fair value at each reporting period with changes in fair value recognised in profit or loss. If the fair value cannot be determined without undue cost and effort, the investment property is classified to property, plant and equipment.

**2.4 Property, plant and equipment**

Items of property, plant and equipment are measured at cost less accumulated depreciation and any accumulated impairment losses.

Costs include costs incurred initially to acquire or construct an item of property, plant and equipment and costs incurred subsequently to add to, replace part of, or service it. If a replacement cost is recognised in the carrying amount of an item of property, plant and equipment, the carrying amount of the replaced part is derecognised.

Depreciation is charged so as to allocate the cost of assets less their residual values over their estimated useful lives, using the straight-line method. The following rates are used for the depreciation of property, plant and equipment:

**2.5 Trade and other receivables**

Trade receivables are recognised initially at the transaction price. They are subsequently measured at amortised cost using the effective interest rate method, less provision for impairment. A provision for impairment of trade receivables is established when there is objective evidence that the company will not be able to collect all amounts due according to the original terms of the receivables.

**2.7 Cash and cash equivalents**

Cash and cash equivalents includes cash on hand, demand deposits and other short-term highly liquid investments with original maturities of three months or less. Bank overdrafts are shown in current liabilities on the statement of financial position.

**2.8 Share capital and retained earnings**

All funds of a capital nature received by the company are accounted for directly to the company capital account. This includes the original donation received by the companyees to establish the company, as well as all donations received by the company since the company's inception. This excludes capital gains and losses realised by the company in the normal course of its business activities. company capital is reduced by any capital distributed by the companyees to any capital beneficiary.

Retained earnings consists of all revenues, capital gains and capital losses retained by the company after payment of all expenses, taxes and distributions of income and capital gains to beneficiaries.

**2.9 Borrowing costs**

Borrowings are recognised initially at the transaction price (that is, the present value of cash payable to the bank, including transaction costs). Borrowings are subsequently stated at amortised cost. Interest expense is recognised on the basis of the effective interest rate method and is included in finance costs.

Borrowings are classified as current liabilities unless the company has an unconditional right to defer settlement of the liability for at least 12 months after the reporting date.

**2.10 Trade payables**

Trade payables are recognised initially at the transaction price and subsequently measured at amortised cost using the effective interest rate method.

**2.12 Bank loans and overdrafts**

Interest expense is recognised on the basis of the effective interest rate method and is included in finance costs.

**8. Approval of annual financial statements**

These financial statements were approved by the company

Exhibit A000012



**ETHOS ASSET MANAGEMENT INC.**

**Registration number:** ▉▉▉▉▉▉

**Annual Financial Statements**
**for the year ended 31 December 2021**

Exhibit A000013



**ETHOS ASSET MANAGEMENT INC**
**Registration number:** ▮▮▮▮▮▮▮▮▮
**Annual Financial Statements for the year ended 31 December 2021**

## INDEX

The reports and statements set out below comprise the annual financial statements presented to the directors:

| | |
|---|---|
| Index | 1 |
| General Information | 2 |
| Report of the Board | 3 |
| Director's Responsibilities and Approval | 4 |
| Statement of Financial Position | 5 |
| Statement of Comprehensive Income | 6 |
| Accounting Policies | 7 |

Exhibit A000014

**REPORT OF THE BOARD**

**To the Directors of ETHOS ASSET MANAGEMENT INC**

We have compiled the accompanying management statements based on information you have provided. These financial statements comprise the statement of financial position as at 31 December 2021, the statement of comprehensive income, the statement of changes in trust funds and the statement of cash flows for the year then ended , a summary of significant accounting policies and other explanatory information.

We performed this compilation engagement in accordance with International Standard on Related Services 4410 (Revised), Compilation Engagements.

We have applied our expertise in accounting and financial reporting to assist you in the preparation and presentation of these financial statements in accordance with International Financial Reporting Standards. We have complied with relevant ethical requirements, including principles of integrity, objectivity, professional competence and due care.

These financial statements and the accuracy and completeness of the information used to compile them are your responsibility.

Since a compilation engagement is not an assurance engagement, we are not required to verify the accuracy or completeness of the information you provided to us to compile these financial statements. Accordingly, we do not express an audit opinion or a review conclusion on whether these financial statements are prepared in accordance with IFRS.

**31 March 2022**

Exhibit A000015

**ETHOS ASSET MANAGEMENT INC**
Registration number: ▮▮▮▮▮▮▮
Annual Financial Statements for the year ended 31 December 2021

## DIRECTOR'S RESPONSIBILITIES AND APPROVAL

The director(s) is required to maintain adequate accounting records and is responsible for the content and integrity of the annual financial statements and related financial information included in this report. It is his responsibility to ensure that the annual financial statements satisfy the financial reporting standards as to form and content and present fairly the statement of financial position, results of operations of the trust, and explain the transactions and financial position of the business of the trust at the end of the financial year. The annual financial statements are based upon appropriate accounting policies consistently applied throughout the trust and supported by reasonable and prudent judgements and estimates.

The director acknowledges that they are ultimately responsible for the system of internal financial control established by the trust and place considerable importance on maintaining a strong control environment. To enable the director to meet these responsibilities, the directors sets standards for internal control aimed at reducing the risk of error or loss in a cost effective manner. The standards include the proper delegation of responsibilities within a clearly defined framework, effective accounting procedures and adequate segregation of duties to ensure an acceptable level of risk. These controls are monitored throughout the trust and all director are required to maintain the highest ethical standards in ensuring the trust's business is conducted in a manner that in all reasonable circumstances is above reproach.

The focus of risk management in the trust is on identifying, assessing, managing and monitoring all known forms of risk across the trust. While operating risk cannot be fully eliminated, the trust endeavours to minimise it by ensuring that appropriate infrastructure, controls, systems and ethical behaviour are applied and managed within predetermined procedures and constraints.

The director is of the opinion that the system of internal control provides reasonable assurance that the financial records may be relied on for the preparation of the annual financial statements. However, any system of internal financial control can provide only reasonable, and not absolute, assurance against material misstatement or loss. The going-concern basis has been adopted in preparing the financial statements. Based on forecasts and available cash resources the director has no reason to believe that the trust will not be a going concern in the foreseeable future. The financial statements support the viability of the trust.

The world economy experienced major fluctuations in 2021, caused by the impact and management of the SARS-CoV-2 pandemic. The multiple waves of contagion, public health measures and mobility restrictions implemented over the course of the year continued to affect business evolution. Clear signs of economic recovery were nonetheless recorded. Vaccination led to a lower spread of serious infections, which in turn enabled economic agents to recover confidence, as the overall context became more favourable for the conduct of economic activity.

The financial statements have been prepared by an independent auditing firm Hoffman & Associates, who have been given unrestricted access to all financial records and related data. The director believes that all representations made to the independent report during the accounting period were valid and appropriate.

Carlos Manuel da Silva Santos

Exhibit A000016

**ETHOS ASSET MANAGEMENT INC**
Registration number: ▮▮▮▮▮▮
Annual Financial Statements for the year ended 31 December

## STATEMENT OF FINANCIAL POSITION

| Figures in $US | 2021 | 2020 |
|---|---|---|
| **Assets** | | |
| **Non-Current Assets** | | |
| Property, plant and equipment | 188 055 | 98 288 055 |
| Loan to third parties | 1 065 266 822 | - |
| | **1 065 454 877** | **98 288 055** |
| | | |
| **Current Assets** | | |
| Cash and cash equivalents | 722 569 131 | 22 569 381 |
| Inventory | 8 558 873 | 8 558 623 |
| Loans | | 20.519.999 |
| Trade and other receivables | 144 399 | 150 713 588 |
| | **731 272 403** | **202 361 591** |
| | | |
| **Total Assets** | **1 796 727 280** | **300 649 646** |
| | | |
| **Equity and Liabilities** | | |
| **Equity** | | |
| Issued capital | 718 819 855 | 1 000 |
| Retained earnings | 224 653 153 | 183 181 145 |
| | **943 473 008** | **183 182 145** |
| | | |
| **Non-Current Liabilities** | | |
| Secured Borrowings | 211 261 126 | 1 261 126 |
| Loan from shareholder | 540 378 129 | 14 591 358 |
| Unsecured Borrowings | 38 617 042 | 38 617 042 |
| | **790 256 297** | **54 469 526** |
| | | |
| **Current Liabilities** | | |
| Trade and other payables | 41 877 116 | 41 877 116 |
| Bank overdraft | - | - |
| Current taxation liability | 20 340 222 | 20 340 222 |
| Current portion of long term liabilities | 780 637 | 780 637 |
| | **62 997 975** | **62 997 975** |
| | | |
| **Total Equity and Liabilities** | **1 796 727 280** | **300 649 646** |

Exhibit A000017

**ETHOS ASSET MANAGEMENT INC**
**Registration number:** ▆▆▆▆▆▆▆
**Annual Financial Statements for the year ended 31 December**

## STATEMENT OF COMPREHENSIVE INCOME

| Figures in $US | 2021 | 2020 |
|---|---|---|
| | | |
| **Income** | 592 414 331 | 441 787 203 |
| Cost of sales | - | 223 321 223 |
| Gross profit | 592 414 331 | 218 465 980 |
| | | |
| Other income | | 1 111 090 |
| Operating costs | 521 233 121 | 179 988 102 |
| **Operating profit/(loss)** | **71 181 210** | **39 588 968** |
| | | |
| Finance income | - | - |
| Finance costs | 13 581 199 | - |
| **Profit before taxation** | **57 600 011** | **39 588 968** |
| | | |
| Distribution | - | - |
| **Profit/(loss) after distribution** | 57 600 011 | 39 588 968 |
| | | |
| Taxation expense | 16 128 003 | 11 084 911 |
| **Net profit for the year** | **41 472 008** | **28 504 058** |
| | | |
| **Total comprehensive income** | **41 472 008** | **28 504 058** |

Exhibit A000018

ETHOS ASSET MANAGEMENT INC
**Registration number:** ▇▇▇▇▇▇▇

**Annual Financial Statements for the year ended 31 December 2021**

**ACCOUNTING POLICIES**

**1. General information**

ETHOS ASSET MANAGEMENT INC is a private company founded in USA. The type of business and
its principal. activities is that of Investment activity.

**2. Summary of significant accounting policies**

These financial statements have been prepared in accordance with the International Financial Reporting
Standards issued by the International Accounting Standards Board. The principle accounting policies applied in
the preparation of these financial statements are set out below. These policies have been consistently applied to
all the years presented, unless otherwise stated.

**2. Summary of significant accounting policies**

These financial statements have been prepared in accordance with the International Financial Reporting
Standards issued by the International Accounting Standards Board. The principal accounting policies applied in
the preparation of these financial statements are set out below. These policies have been consistently applied to
all the years presented, unless otherwise stated.

These financial statements have been prepared under the historical cost convention and are presented in USA.

**2.1 Revenue recognition**

Revenue comprises the fair value of the consideration received or receivable for the sale of goods and/or services
in the ordinary course of the company's activities. Revenue is shown net of value-added taxation, returns, and
discounts.

The company recognises revenue when: the amount of revenue can be reliably measured; it is probable that future
economic benefits will flow to the entity; and specific criteria have been met for each of the company's activities, as
described below:

**2.1.1 Receivables**

Where the outcome of a construction contract can be estimated reliably, contract revenue and costs are recognised by
reference to the stage of completion of the contract activity at the balance sheet date, as measured by (basis used)

When the outcome of a construction contract cannot be estimated realiably, contract revenue is recognised to the
extent that contract costs incurred are recoverable. Contract costs are recognised as an expense in the period in
which they are incurred.

When it is probable that total contract costs will exceed total contract revenue, the expected loss is recognised as an
expense immediately.

**2.2 Income taxes**

The taxation expense for the period comprises current and deferred taxation. Tax is recognised in profit or loss,
except that a change attributable to an item of income or expense recognised as other comprehensive income is
also recognised directly in other comprehensive income.

The current income taxation charge is calculated on the basis of tax rates and laws that have been enacted or
substantively enacted by the reporting date.

Deferred taxation is recognised on differences between the carrying amounts of assets and liabilities in the
financial statements and their corresponding taxation bases (known as temporary differences). Deferred taxation
liabilities are recognised for all temporary differences that are expected to increase taxable profit in the future.
Deferred taxation assets are recognised for all temporary differences that are expected to reduce taxable profit in
the future, and any unused taxation losses or unused taxation credits. Deferred taxation assets are measured at
the highest amount that, on the basis of current or estimated future taxable profit, is more likely than not to be
recovered.

The net carrying amount of deferred taxation assets is reviewed at each reporting date and is adjusted to reflect
the current assessment of future taxable profits. Any adjustments are recognised in profit or loss.

Deferred taxation is calculated at the taxation rates that are expected to apply to the taxable profit/(taxation loss)
of the periods in which it expects the deferred taxation asset to be realised or the deferred taxation liability to be
settled, on the basis of taxation rates that have been enacted or substantively enacted by the end of the reporting
period.

**2.3 Investment property**

Investment property is recognised as an asset when, and only when, it is probable that the future economic
benefits that will flow to the enterprise, and the cost of the investment property can be reliably measured. Investment
property is property held to earn rentals or for capital appreciation or both, rather than for use in the production
or supply of goods or services, for administrative purposes, or for sale in the ordinary course of business.

Exhibit A000019

Investment property is initially recognised at cost. Transaction costs are included in the initial measurement.

Costs include costs incurred initially and costs incurred subsequently to add to, or to replace a part of, or service a property. If a replacement part is recognised in the carrying amount of the investment property, the carrying amount of the replaced part is derecognised.

After initial recognition, investment property whose fair value can be measured reliably without undue cost or effort shall be measured at fair value at each reporting period with changes in fair value recognised in profit or loss. If the fair value cannot be determined without undue cost and effort, the investment property is classified to property, plant and equipment.

**2.4 Property, plant and equipment**

Items of property, plant and equipment are measured at cost less accumulated depreciation and any accumulated impairment losses.

Costs include costs incurred initially to acquire or construct an item of property, plant and equipment and costs incurred subsequently to add to, replace part of, or service it. If a replacement cost is recognised in the carrying amount of an item of property, plant and equipment, the carrying amount of the replaced part is derecognised.

Depreciation is charged so as to allocate the cost of assets less their residual values over their estimated useful lives, using the straight-line method. The following rates are used for the depreciation of property, plant and equipment:

**2.5 Trade and other receivables**

Trade receivables are recognised initially at the transaction price. They are subsequently measured at amortised cost using the effective interest rate method, less provision for impairment. A provision for impairment of trade receivables is established when there is objective evidence that the company will not be able to collect all amounts due according to the original terms of the receivables.

**2.7 Cash and cash equivalents**

Cash and cash equivalents includes cash on hand, demand deposits and other short-term highly liquid investments with original maturities of three months or less. Bank overdrafts are shown in current liabilities on the statement of financial position.

**2.8 Share capital and retained earnings**

All funds of a capital nature received by the company are accounted for directly to the company capital account. This includes the original donation received by the companyees to establish the company, as well as all donations received by the company since the company's inception. This excludes capital gains and losses realised by the company in the normal course of its business activities. company capital is reduced by any capital distributed by the companyees to any capital beneficiary.

Retained earnings consists of all revenues, capital gains and capital losses retained by the company after payment of all expenses, taxes and distributions of income and capital gains to beneficiaries.

**2.9 Borrowing costs**

Borrowings are recognised initially at the transaction price (that is, the present value of cash payable to the bank, including transaction costs). Borrowings are subsequently stated at amortised cost. Interest expense is recognised on the basis of the effective interest rate method and is included in finance costs.

Borrowings are classified as current liabilities unless the company has an unconditional right to defer settlement of the liability for at least 12 months after the reporting date.

**2.10 Trade payables**

Trade payables are recognised initially at the transaction price and subsequently measured at amortised cost using the effective interest rate method.

**2.12 Bank loans and overdrafts**

Interest expense is recognised on the basis of the effective interest rate method and is included in finance costs.

**8. Approval of annual financial statements**

These financial statements were approved by the company

Exhibit A000020



# CLIENT INFORMATION SHEET

Directions: This document must be completed in full. If a line item does not pertain then insert the
term: "N/A" (non-applicable).

Page | 1

## Corporate Information

Full Name of Corporation: Ethos Asset Management INC
Date of Incorporation: 12.22.2018
Incorporated in (City/State/Country): 4660 La Jolla Village Drive, San Diego, California, 92122
United States of America
Entity Number: ▮▮▮▮▮▮▮▮
Registration Number (EIN Number): ▮▮▮▮▮▮▮
Board of Directors (Name & Title): Carlos Manuel da Silva Santos

## Registered Address

Street Address: 4660 La Jolla Village Drive, San Diego, California, 92122
United States of America
City: San Diego
State: California
Country: USA
Postal Code: CA, 92107

## Mailing Address

Street Address: suite 100, 4660 La Jolla Village Drive, San Diego, California, 92122
United States of America
City: San Diego
State: California
Country: USA
Postal Code: CA, 92107

## Office Address

Street Address: 4660 La Jolla Village Drive, San Diego, California, 92122
United States of America
City: San Diego
State: California
Country: USA
Postal Code: CA, 92107



Exhibit A000021

# ETHOS ASSET
## MANAGEMENT

## Contact Information (Corporation)

Telephone Number: +1 858 535 4814
Mobile Number: +1 (202) 374-5023 | +351 913 855 564
Email Address: carlos@ethosasset.com | info@ethosasset.com

Page | 2

## Bank Information A)

Bank Name: ███████████
Bank Address: ████████████████████████████████

Account Name: ETHOS ASSET MANAGEMENT INC
Account Holder Address: 4660 La Jolla Village DR, San Diego, CA 92122
Account Number: █████1032
Routing Number: █████0089
Swift Code/BIC: ████████
Account Signatory: Carlos Manuel da Silva Santos

## Bank Information B)

Bank Name: ███████████
Bank Address: ██████████████████████████

Account Name: ETHOS ASSET MANAGEMENT INC
Account Holder Address: 4660 La Jolla Village DR, San Diego, CA 92122
Expense Account Number: █████8324
Operating Account Number: ██████8316
Routing Number: █████7522
Swift Code: ████████
Account Signatory: Carlos Manuel da Silva Santos

## Bank Information C)

Bank Name: ████████████
Bank Address: █████████████████████████████

Account Name: ETHOS ASSET MANAGEMENT INC
Account Holder Address: 4660 La Jolla Village DR, San Diego, CA 92122
Account Number: 1█████7896
Routing Number: █████3576
Swift Code ████████



Ethos Asset Management INC
4660 La Jolla Village Drive, San Diego, California, 92122, United States of America
+1 858 535 4814 | info@ethosasset.com

Exhibit A000022



### Bank Information D)

Bank Name: ███████████
Bank Address: ████████████████████████

Account Name: ETHOS ASSET MANAGEMENT INC
Account Holder Address: 4660 La Jolla Village DR, San Diego, CA 92122
Account Number: ██████6703
Routing Number: ███████0381
Swift Code: ██████████████

### Bank Information E)

**Brokerage Account BTG**

Bank Name: █████████████
Bank Address: ████████████████████ ████████████

Beneficiary: ████████████
Beneficiary Acct: ████████████████
Beneficiary's address: ████████████████████████
FFC Account #: ██████████1341
FFC Account Name: ETHOS ASSET MANAGEMENT, INC
Routing Number: ██████████
Swift Code: ████████████

### Bank Information F)

Beneficiary Bank: ████████████████████

Account Name: ETHOS ASSET MANAGEMENT, INC
Account Holder Address: 4660 La Jolla Village Drive, San Diego, California, 92122, United States of America

████████████████████████94
████████████████████████55
████████████████████████69

Swift Code/BIC: ████████████████

### Bank Information G)

Bank Name: ████████████████████████
Bank Address: ████████████████████████████████████████
████████

Ethos Asset Management INC

4660 La Jolla Village Drive, San Diego, California, 92122, United States of America

+1 858 535 4814 | info@ethosasset.com

Exhibit A000023

# ETHOS ASSET
### MANAGEMENT

Account Name: ETHOS ASSET MANAGEMENT INC
Account Holder Address: 4660 La Jolla Village DR, San Diego, CA 92122
Account Number: ██████████████████████5522
██████████████████████████
Swift Code: ████████████

Page | 4

## Bank Information H)

Bank Name: ████████████████
Bank Address: ████████████████████████████

Account Name: ETHOS ASSET MANAGEMENT INC
Account Holder Address: 4660 La Jolla Village DR, San Diego, CA 92122
██████████████████████████████
Swift Code: ██████████████

## Personal Information of Officer(s) of Corporation / Passport Information

(Please attach copy of corporate resolutions adopted by the Board of Directors appointing and authorizing said officer(s) to represent and legally bind the corporation)
*\* Duplicate the section below for each Director.*

Director/ CEO
First Name: Carlos Manuel
Last Name: Silva Santos
Gender: Men
Country of Citizenship: Portuguese
Languages: Portuguese, English, Spanish.

Passport Information of Officers(s) of Corporation
*\*Please attach copy of photo and signature page of passport*

Passport Number: ██████████████
Date of Issue: ████████████
Date of Expiry: ██████████████
Issuing Authority: ██████████████████



Ethos Asset Management INC
4660 La Jolla Village Drive, San Diego, California, 92122, United States of America
+1 858 535 4814 | info@ethosasset.com

Exhibit A000024



I, **Carlos Manuel da Silva Santos,** hereby swear under penalty of perjury, that the information provided herein is accurate and true as of this date:
October 01, 2022.



Page | 5

For and on behalf of **Ethos Asset Management INC.**

Signature: _____

Name / Title: Member and Director – CARLOS MANUEL DA SILVA SANTOS
Company: Ethos Asset Management INC
Passport Number: ███████
Date of Issue: ████████
Date of Expiry: ██████
Country of Issuance: Portugal





## DIRECTOR PASSAPORT

[01] DA SILVA SANTOS
[02] CARLOS MANUEL
[04] 1.78 m          [07] M
[05] 06.07.1994
[11] 10.08.2027

CC835012

**República Portuguesa** Portuguese Republic République Portugaise

| Passaporte | Tipo *Type* | Código do País *Code* | Passaporte no *Passaport no. Passeport no* |
|---|---|---|---|
| Passaport Passaporte | PC | PRT | |

1. Apelido(s) *Surname Nom*
DA SILVA SANTOS
2. Nome(s) próprio(s) *Given names Prénoms*
CARLOS MANUEL
3. Nacionalidade *Nationality Nationalité*
PORTUGUESA
4. Altura *Height Taille*
1.78 m
5. Data de nascimento *Date of birth Date de naissance*
6. Nº de identificação pessoal *Personal no. Nº personnel*
7. Sexo *Sex Sexe*
M
8. Local de nascimento *Place of birth Lieu de naissance*
LEIRIA*LEIRIA
9. Data da emissão *Date of issue Date de délivrance*
10. Autoridade *Authority Autorité*
SEF - SERV ESTR E FRONTEIRAS
11. Válido até *Date of expiry Date d'expiration*
12. Assinatura do titular *Holder's signature Signature du titulaire*

08.07.1994

Ethos Asset Management INC

4660 La Jolla Village Drive, San Diego, California, 92122, United States of America

+1 858 535 4814 | info@ethosasset.com

Exhibit A000026

