UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECTOR RESOURCES LTD,<br><br>Petitioner,<br><br>-*against*-<br><br>ETHOS ASSET MANAGEMENT, INC. *and*<br>EAST WEST BANCORP INC. a/k/a EAST WEST BANK,<br><br>Respondents. | **ORDER**<br><br>23 Civ. 09728 (ER) |

RAMOS, D.J.:

On November 3, 2023, Sector Resources Ltd filed an emergency motion for a temporary restraining order (TRO) and preliminary injunction in aid of arbitration.  Doc. 4.  Counsel for Sector and counsel for Ethos Asset Management, Inc., appeared before the Court on November 6, 2023.  The Court denied Sector's request for a TRO.

The Court then held a hearing on the preliminary injunction request on November 13, 2023.  After hearing argument from Sector, Ethos, and East West Bank, the Court was informed that Carlos Santos, the CEO of Ethos, had been arrested.  The Court instructed the parties to update the Court on the status and nature of Santos's arrest.  Sector submitted a copy of the unsealed criminal complaint filed against Santos in the United States District Court for the Southern District of California, which charges him with conspiracy to commit wire fraud.  Doc. 35-1.

Sector has now filed a renewed request for a TRO and preliminary injunction.  Doc. 49.  The request for a TRO is DENIED.  East West Bank shall respond to Sector's renewed preliminary injunction request by close of business on November 22, 2023.  To the extent Ethos wishes to respond to the renewed request, its response will also be due by close of business on

November 22, 2023.  Sector's reply will be due by close of business on November 24, 2023. The Court will hold a hearing on the preliminary injunction request on November 27, 2023, at 3:30 p.m. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 in Courtroom 619.

It is SO ORDERED.

Dated:   November 20, 2023
         New York, New York

_____
Edgardo Ramos, U.S.D.J.