UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECTOR RESOURCES LTD,

                    Petitioner,

-*against*-

ETHOS ASSET MANAGEMENT, INC. *and*
EAST WEST BANCORP INC. a/k/a EAST WEST BANK,

                    Respondents.

**ORDER**

23 Civ. 09728 (ER)

RAMOS, D.J.:

    On November 20, 2023, Sector Resources Ltd filed a renewed request for a temporary restraining order (TRO) and preliminary injunction in aid of arbitration. Doc. 49. The Court issued an order denying the TRO the same day. Doc. 50.

    The Court then held a hearing on the preliminary injunction request on November 27, 2023. Counsel for Sector and counsel for East West Bank appeared. For the reasons set forth on the record, Sector's request for a preliminary injunction is DENIED.

    It is SO ORDERED.

Dated:    November 28, 2023
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.