UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECTOR RESOURCES LTD,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　-*against*-<br><br>ETHOS ASSET MANAGEMENT, INC. *and*<br>EAST WEST BANCORP INC. a/k/a EAST WEST BANK,<br><br>　　　　　　　　　　Respondents. | **ORDER**<br><br>23 Civ. 09728 (ER) |

RAMOS, D.J.:

　　On November 28, 2023, the Court issued an order denying Sector's request for a preliminary injunction in this matter. Doc. 54. At that time, counsel for Sector indicated that it intended to file an amended complaint. To date, no amended complaint has been filed. Sector is directed to submit a status report by January 19, 2024.

　　It is SO ORDERED.

Dated:　January 12, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.