UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECTOR RESOURCES LTD., and SECTOR CAPITAL CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>ETHOS ASSET MANAGEMENT, INC., and CARLOS MANUEL DA SILVA SANTOS a/k/a CARLOS SANTOS, and EAST WEST BANCORP, INC. d/b/a EAST WEST BANK, INC.<br><br>    Defendants. | C.A. No.: 23-cv-09728-ER<br><br>**ORDER GRANTING LEAVE TO FILE THE FOURTH AMENDED COMPLAINT** |

    This matter is before the Court on the motion of Plaintiffs, Sector Resources Ltd. ("Sector") and Sector Capital Corporation, ("Sector Capital") (collectively, "Plaintiffs"), for an order granting Plaintiffs' request to file a Fourth Amended Complaint.

    On August 4, 2025, the Court granted the Plaintiffs' motion to file the Fourth Amended Complaint and directed Plaintiffs to file the Fourth Amended Complaint by August 15, 2025. The Plaintiffs filed the Fourth Amended Complaint on August 15, 2025. (Dkt. No.146). However, the Clerk's Office directed Plaintiffs to re-file the Fourth Amended Complaint because there is no order on the docket allowing Plaintiffs to file the Fourth Amended Complaint and because the /s/ was inadvertently omitted from the signature block. Thus, Plaintiffs seek an order allowing them to file the Fourth Amended Complaint with a corrected signature block.

    The Plaintiffs' motion for leave to file the Fourth Amended Complaint with a corrected signature block is hereby GRANTED.

SO ORDERED.

Dated:  August 19, 2025
          New York, New York

_____
Edgardo Ramos, United States District Judge