UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECTOR RESOURCES LTD *and* SECTOR
CAPITAL CORPORATION,

                Plaintiffs,

           *-against-*

ETHOS ASSET MANAGEMENT, INC.,
CARLOS MANUEL DA SILVA SANTOS, *and*
EAST WEST BANCORP INC. d/b/a EAST WEST
BANK,

                Defendants.

**ORDER**

23 Civ. 09728 (ER)

---

RAMOS, D.J.:

    The Clerk of Court is respectfully directed to lift the stay in this case.

    It is SO ORDERED.

Dated:    May 28, 2026
           New York, New York

                                  _____
                                  Edgardo Ramos, U.S.D.J.