UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECTOR RESOURCES LTD *and* SECTOR CAPITAL CORPORATION,

Plaintiffs,

– *against* –

ETHOS ASSET MANAGEMENT, INC., CARLOS MANUEL DA SILVA SANTOS, *also known as Carlos Santos*, *and* EAST WEST BANCORP, INC., *doing business as East West Bank, Inc.*,

Defendants.

**ORDER**

23 Civ. 9728 (ER)

RAMOS, D.J.:

Sector Resources Ltd. ("Sector") and Sector Capital Corporation ("Sector Capital") filed a fifth amended complaint ("FAC") on October 21, 2026, asserting claims against Carlos Manual da Silva Santos ("Santos"), Ethos Asset Management Inc. ("Ethos"), and East West Bankcorp, Inc. ("EWB"). Doc. No. 212. On November 4, 2026, EWB filed a letter requesting a pre-motion conference in anticipation of its motion to dismiss the FAC and seeking a stay of discovery pending adjudication of the motion. Doc. 215. In response, Sector filed a letter seeking leave to file the sixth amended complaint, proposing a briefing schedule, and consenting to stay discovery subject to two exclusions. Doc. 216. The pre-motion conference to address these matters was held on November 24, 2026.

On consent, the Court:

- Grants Sector's request for leave to amend the complaint and EWB's request for leave to file a motion to dismiss thereafter.[1] Sector is directed to file the sixth amended complaint by November 25, 2026.
- Directs the parties to file a proposed scheduling order with the deadlines discussed on the record: 60 days for EWB to file its motion to dismiss, 60 days for Sector to file its opposition, and 45 days for EWB to file its reply.
- Grants the requested stay of discovery on the consent of both parties. As stated on the record, discovery is stayed pending adjudication of the motion to dismiss, subject to two limitation exclusions: first, Sector may seek leave to depose Santos if it receives notice that the Government intends to transfer him to Portugal as he has requested, and second, Sector may seek to enforce the subpoenas it has already served on non-parties.[2]

The Clerk of Court is respectfully directed to terminate the letter motion, Doc. 219.

It is SO ORDERED.

Dated: November 24, 2026
New York, New York

Edgardo Ramos, U.S.D.J.

---

[1] The Court notes that, while each party consents to its adversary's request for leave to file its respective documents, neither party waives any right to object to the merits of those documents.

[2] As EWB notes, it does not consent to – and the Court does not exclude from the stay – the issuance of any additional subpoenas or the taking of depositions. *See* Doc. 218.